## THE PEOPLE *v.* VÉLEZ ET AL.

### APPEAL from the District Court of Ponce.

No. 64.—Decided January 10, 1906.

Decided on the authority of Case No. 67, *The People of Porto Rico v. Rodríguez,* page 1.

*Mr. Rossy, fiscal,* for appellant.
*Mr. Manuel F. Rossy* for respondent.

MR. JUSTICE MACLEARY delivered the opinion of the court.

This case is entirely simliar to the case of *The People of Porto Rico* v. *José Rodríguez Arzola and Marcial Rodríguez,* for violation of the electoral laws in which the opinion was written by Mr. Justice Figueras and in which the judgment was affirmed to-day. The opinion in that case as adopted is

entirely applicable to this, and for the same reasons the judg-
ment in this case should be

*Affirmed.*

Chief Justice Quiñones, and Justices Hernández and Fi-
gueras concurred.

Mr. Justice Wolf did not sit at the hearing of this case.